**Order entered November 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00894-CV

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION, Appellant**

**V.**

**JOSEPH MCRAE, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04163**

## ORDER

We **GRANT** appellant's November 6, 2014 unopposed motion for an extension of time to file a reply brief. Appellant shall file a reply brief by November 24, 2014.

/s/    ELIZABETH LANG-MIERS
JUSTICE